1  TERRI KEYSER-COOPER
2  Law Office of Terri Keyser-Cooper
3  Nevada Bar No. 3984
4  3590 Barrymore Dr.
5  Reno, NV 89512
6  (775) 337-0323
7  keysercooper@lawyer.com
8
9  KERRY S. DOYLE
10 Doyle Law Office, PLLC
11 Nevada Bar No. 10866
12 4600 Kietzke Lane, Suite I-207
13 Reno, NV 89502
14 (775) 525-0889
15 kerry@doylelaw.com
16 *Attorneys for Plaintiff*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 13 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| JAMES COLTRAIN, CAROL FESSER, SUSAN PATRICIA SCHULTZ, as ADMINISTRATOR of the ESTATE OF KELLY EILEEN COLTRAIN,<br><br>Plaintiffs,<br>v.<br><br>MINERAL COUNTY; SHERIFF RANDY ADAMS; SERGEANT JIM HOLLAND; RAY GUICYNSKI; and DOES 1-10,<br><br>Defendants. | Case No. 3:18-cv-00420-LRH-CBC<br><br>**STIPULATION TO DEFER SERVICE OF THE COMPLAINT AND TO HOLD A SETTLEMENT CONFERENCE BEFORE THE HON. ROBERT A. MCQUAID, JR.**<br><br>(First Request) |

Plaintiffs JAMES COLTRAIN, CAROL FESSER, AND PATRICIA SCHULTZ and Defendants MINERAL COUNTY, SHERIFF RANDY ADAMS, SERGEANT JIM HOLLAND, and RAY GUICYNSKI, by and through their respective counsel, hereby stipulate and agree:

Plaintiffs will defer service of the complaint filed August 29, 2018 (ECF No. 1) for the limited purpose of allowing the parties to attend a settlement conference before the Hon. Robert A. McQuaid Jr., at the first available and convenient date for the Court and the parties. The parties

1

have met and conferred to discuss possible settlement and agree the potential for settlement exists with the expertise and guidance of Judge McQuaid. The parties believe their efforts are best expended in determining whether the case can settle rather than engaging in immediate litigation. The parties have also agreed, should settlement negotiations prove unsuccessful, that the Complaint will be served within two weeks of the settlement conference date and litigation will promptly commence.

Dated: September 11, 2018          LAW OFFICE OF TERRI KEYSER-COOPER

                                   By:    /s/ Terri Keyser-Cooper


Dated: September 11, 2018          ERICKSON THORPE & SWAINSTON

                                   By:    /s/ Brent R. Ryman


**IT IS SO ORDERED**

Dated: 9/13/2018                   _____
                                   United States Magistrate Judge

2