1  \*
   BRENT L. RYMAN, ESQ. (#008648)
2  ERICKSON, THORPE & SWAINSTON, LTD.
   99 West Arroyo Street
3  P.O. Box 3559
   Reno, Nevada 89505
4  (775) 786-3930
   *Attorneys for Defendants Mineral County and*
5  *Sheriff Randy Adams*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COLTRAIN, CAROL FESSER, SUSAN PATRICIA SCHULTZ, as ADMINISTRATOR of the ESTATE OF KELLY EILEEN COLTRAIN,<br><br>Plaintiff,<br><br>vs.<br><br>MINERAL COUNTY; SHERIFF RANDY ADAMS; SERGEANT JIM HOLLAND; RAY GULCYNSKI; and DOES 1-10,<br><br>Defendants. | Case No.: 3:18-cv-00420-LRH-CBC<br><br>**JOINT REQUEST FOR ADDITIONAL TIME TO FINALIZE SETTLEMENT AGREEMENT AND FILE STIPULATION FOR DISMISSAL** |

COME NOW, the parties, by and through their respective undersigned counsel, and hereby request an additional 120 days from today to finalize the terms of the settlement reached at the Settlement Conference before Magistrate Judge Robert A. McQuaid, Jr., on December 13, 2018. As set forth in the Court's Minutes (#9), the parties did in fact reach a negotiated agreement at that settlement conference, and Judge McQuaid issued a reasonable order that the final terms of the settlement be concluded and a stipulation for dismissal filed within 60 days of that date.

ERICKSON, THORPE & SWAINSTON, LTD.

1    While the parties have worked toward achieving that goal, counsel for Plaintiffs and
2 Defendants now believe that 120 days from now will be required. The reason for this request
3 is that payment of some or all settlement funds will need to pass through probate in Mineral
4 County, where the Estate of Kelly Coltrain has been opened, and counsel for Plaintiffs will
5 need to seek the approval of that Court before payment can be issued, and must also provide
6 90 days of statutory notice to creditors pursuant to the statutory requirements set forth in
7 NRS 147.040. Counsel reasonably believes that will not require more than the requested 120
8 days, and therefore requests a new deadline of May 17, 2019, by which to file a stipulation
9 and proposed order for dismissal with prejudice.

10   Undersigned counsel hereby certifies that this request is made in good faith, and for
11 the purposes stated above, and not for the purposes of undue delay.

12   DATED this 17th day of January, 2019.

13               ERICKSON, THORPE & SWAINSTON, LTD.

15               /s/ Brent Ryman
                 BRENT L. RYMAN, ESQ. (#008648)
16               ERICKSON, THORPE & SWAINSTON, LTD.
                 99 West Arroyo Street
17               Reno, Nevada 89505
                 (775) 786-3930
18               *Attorneys for Defendants*

19   DATED this 17th day of January, 2019.

21               /s/ Terri Keyser-Cooper
                 TERRI KEYSER-COOPER, ESQ. (#003984)
22               Law Office of Terri Keyser-Cooper
                 3590 Barrymore Dr.
23               Reno, Nevada 89512
                 (775) 337-0323
24               *Attorneys for Plaintiffs*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 1/18/2019

ERICKSON, THORPE &
SWAINSTON, LTD.

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CMECF Electronic Filing

addressed to the following:

TERRI KEYSER-COOPER
Law Office of Terri-Keyser Cooper
3590 Barrymore Dr.
Reno, Nevada 89512

KERRY S. DOYLE
Doyle Law Office, PLLC
4600 Kietzke Lane, Suite I-207
Reno, Nevada 89502
*Attorneys for Plaintiffs*

DATED this 17th day of January, 2019.

                                                     Brent L. Ryman